BOARD OF COUNTY COMMISSIONERS OF RAMSEY COUNTY v. OTTO H. AROSIN and Another.[1]

February 10, 1905.

Nos. 13,972—(10).

Appeals by plaintiff and defendants from an order of the district court for Ramsey county, Jaggard, J., denying a motion for a new trial, on condition plaintiff consent to reduce the amount for which judgment was ordered to $9,439.14. Affirmed.

*T. R. Kane,* County Attorney, and *O. H. O'Neill,* Assistant County Attorney, for appellants.

*Harris Richardson, Edward P. Sanborn,* and *Cobb & Wheelwright,* for respondent.

PER CURIAM.

This case presents similar questions to those involved in Board of Co. Commrs. of Ramsey County v. Elmund, supra, page 196; and, since the conclusions we are required to adopt must be ruled by that case, the order appealed from is affirmed.

Order affirmed.

[1] Reported in 102 N. W. 1133.